H. M. REID AND W. L. KOON, *Plaintiffs in Error*, v. FLOR-
IDA AND WEST INDIAN TRANSPORTATION COMPANY, A COR-
PORATION, *Defendant in Error*.

Decision Filed July 28, 1920.

A writ of error to a judgment of the Circuit Court
within and for the County of Lee; John S. Edwards,
Judge.

*John W. Burton* and *Leitner & Leitner*, for Plaintiff in
Error;

*McKay & Withers* and *Frank C. Alderman*, for Defend-
ant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment aforesaid, and argument of counsel for the
respective parties, and the record having been seen and
inspected, and the Court being now advised of its judg-
ment to be given in the premises; it seems to the Court
that there is no error in the said judgment; it is, there-
fore, considered, ordered and adjudged by the Court that
the said judgment of the Circuit Court be, and the same
is hereby affirmed.

TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.

BROWNE, C. J., not participating.